

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2018

No. 04-18-00063-CV

**THE STATE OF TEXAS**,
Appellant

v.

**WEEKLEY HOMES, LLC**, a Delaware Limited Liability Company f/k/a Weekley Homes,
L.P., a Delaware Limited Partnership et al.,
Appellee

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017ED0021
Honorable Kelly Cross, Judge Presiding

# O R D E R

The appellant's unopposed third motion for extension of time to file brief is hereby
GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 12th day of April, 2018.

KEITH E. HOTTLE,
Clerk of Court